**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | Case No. CR2-07-142(1) |
| **PETER PHIMMASAY,** | : | JUDGE MARBLEY |
| Defendant. | : | |

## ORDER

This matter came before the Court on the Defendant's Motion to Extend the Surrender Date.  For the reasons stated in Defendant's Motion, and because the Government does not oppose Defendant's Motion, the Court finds the Defendant's Motion well taken and hereby **GRANTS** same.  The Defendant's surrender date is extended until September 2, 2008.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　 s/Algenon L. Marbley
　　　　　　　　　　　　　　　　　　　　　　　**ALGENON L. MARBLEY**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

**DATED: June 30, 2008**